IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : MDL No. 2002 : 08-md-02002 : : |
| THIS DOCUMENT APPLIES TO: ASSOCIATED WHOLESALE GROCERS, INC. v. UNITED EGG PRODUCERS, No. 11-cv-3520 | : : : |

## ORDER

AND NOW, this 19th day of December, 2011, upon consideration of the Plaintiffs' Motion to Remand (D. Kan., Civil Action No. 11-2063, Doc. No. 21), the Defendants' response and the Defendant Sparboe Farms, Inc.'s response (D. Kan., Civil Action No. 11-2063, Doc. Nos. 68 and 66), the Plaintiffs' reply (D. Kan., Civil Action No. 11-2063, Doc. No. 75), and the parties' supplemental filings thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion to Remand is GRANTED.

It is FURTHER ORDERED that this case is REMANDED to the Twenty-Ninth Judicial District, the District Court of Wyandotte County, Kansas, pursuant to 28 U.S.C. § 1447(c).

IT IS FURTHER ORDERED that the Clerk of Court shall CLOSE *Associated Wholesale Grocers, Inc. v. United Egg Producers*, Civil Action No. 11-3520 (E.D. Pa.), for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge